THOMAS J. RUSSELL, Respondent, *v.* NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, et al., Defendants.

Argued May 18, 1950; decided June 2, 1950.

*Walter L. Glenney* for appellant.

*N. Joseph Friedman* for respondent.

*Walter A. Caddell* for New York State Police Benevolent Association, Inc., *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.